HD

Rcv'd by: _____

'25 MAR 27 AM 11:27

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND SOUTHERN
DIVISION**

Steven Bernard Harvin, Grantor,
Private American National
Complainant,

v.

Mark Mason, Eric Smith, Mona
Nag
Defendants.



Bill in Equity No:

**TDC 25CV1009**

## BILL IN EQUITY FOR INJURIES, BREACH OF TRUST, AND FULL ACCOUNTING

TO THE HONORABLE CHANCELLOR OF UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DIVISION of MARYLAND:

The Complainant, Grantor/Settlor, Harvin, Steven Bernard, files this Bill in Equity for
injuries of unjust enrichment, breach of the private RE 300 882 555 US Trust, and full
accounting against the Defendants, MARK MASON (CFO), ERIC SMITH (CFO/TRUSTEE
DEUTSCHE BANK TRUST COMPANY AMERICAS), MONA NAG (CFO/TRUSTEE
DEUTSCHE BANK TRUST COMPANY AMERICAS) stating as follows:

### PARTIES

1.      Complainant, Harvin, Steven Bernard, Private American National/Grantor and Surety
for taxpayer/Principal, STEVEN HARVIN, is an individual residing at 4806 Saint Barnabas
Road, #1673, Temple Hills, Maryland 20757, and the persons who bring forth these actions.

2.      Defendants, MARK MASON, are individuals residing at 388 Greenwich St, New York,
NY 10013.  ERIC SMITH is residing at 60 Wall St, New York, NY 10005.  MONA NAG
resides at 1 Columbus Circle, New York, NY 10019.  All are the persons accused of
causing injuries, unjust enrichment, and breach of trust.

### JURISDICTIONAL STATEMENT

1.      The Constitution for the United States of America grants jurisdiction to all Article
III courts for matters concerning equity/equitable rights.  The UNITED STATES
DISTRICT OF MARYLAND COURT has jurisdiction to hear this/these case(s) so
long as the overseeing Judge is an Article III Judge.

### FACTUAL BACKGROUND

On, or about, March 24th, twenty twelve and October 3rd, twenty nineteen, the year of our Lord,

Principal STEVEN HARVIN (XXX-XX-4417) provided two equitable mortgages/securities (Credit Applications) to Citigroup/CITI Bank, Agents for the Defendants to establish two credit accounts (XXXXXXXXXXXX5363 and XXXXXXXXXXXX5499) thus establishing an agreement/contract with the Defendants/CITI Bank Agents. The equitable mortgages/securities are private trust property owned by the private RE 300 882 555 US Trust in which, I, Harvin, Steven Bernard am Grantor holding all rights, titles, and interests to the estate of Principal STEVEN HARVIN, and the collateral/valuable consideration for the source of credit provided by Defendants/CITI bank Agents as banks cannot create money.

On December 8th, twenty twenty-three, the year of our Lord, I, Harvin, Steven Bernard, Surety for Principal STEVEN HARVIN and Grantor/heir Beneficiary, not to be confused with the private Beneficiary of the private RE 300 882 555 US Trust (Steven Bernard Harvin Trust), sent the first Notice of Subrogation via $200 dollar U.S. Postal Money Order via certified mail with tracking number 9589071052700651457656 for Principal account ending 5363. The money order was endorsed for deposit only and signed without recourse. The money order should have been credited to the Principal Account as all statements are registered securities and interest/dividend payments owed to the Principal Account. Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust. Refusal of tender is discharge of debt and exoneration as Surety

On January 17th, twenty twenty-four, the year of our Lord, I, Harvin Steven Bernard, Surety for Principal STEVEN HARVIN and Grantor/heir Beneficiary, sent the second Notice of Subrogation via $300 dollar U.S. Postal Money Order via Priority Mail with tracking number EI930615807US for account ending 5499. Again, this money order was endorsed for deposit only and signed without recourse to be credited to the Principal's account for set-off. Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust. Refusal of tender is discharge of debt and exoneration as Surety

On January 29th, twenty twenty-four, the year of our Lord, I, Harvin Steven Bernard, Surety for Principal STEVEN HARVIN and Grantor/heir Beneficiary, sent the third Notice of Subrogation via $300 dollar U.S. Postal Money Order via Certified Mail with tracking number 70210350000232154445 for account ending 5363. Again, this money order was endorsed for deposit only and signed without recourse to be credited to the Principal's account for set-off. Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust. Refusal of tender is discharge of debt and exoneration as Surety

On February 2nd, twenty twenty-four, the year of our Lord, I, Harvin Steven Bernard, Surety for Principal STEVEN HARVIN and Grantor/heir Beneficiary, sent the fourth Notice of Subrogation via $1000 dollar U.S. Postal Money Order via Certified Mail with tracking number 9589071052700433924659 for account ending 5499. Again, this money order was endorsed for deposit only and signed without recourse to be credited to the Principal's account for set-off. Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust. Refusal of tender is discharge of debt and exoneration as Surety

On February 28th, twenty twenty-four, the year of our Lord, I, Harvin Steven Bernard, Surety for Principal STEVEN HARVIN and Grantor/heir Beneficiary, sent the fifth Notice of Subrogation via $200 dollar U.S. Postal Money Order via Certified Mail with tracking number 70210350000232154506 for account ending 5499. Again, this money order was endorsed for

Private    Priority    Confidential    Special    Trade Secrets    Trade Secrets    Special    Confidential    Priority    Private

deposit only and signed without recourse to be credited to the Principal's account for set-off. Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust. Refusal of tender is discharge of debt and exoneration as Surety

On February 28th, twenty twenty-four, the year of our Lord, I, Harvin Steven Bernard, Surety for Principal STEVEN HARVIN and Grantor/heir Beneficiary, sent the Sixth Notice of Subrogation via $200 dollar U.S. Postal Money Order via Certified Mail with tracking number 70210350000232154537 for account ending 5363. Again, this money order was endorsed for deposit only and signed without recourse to be credited to the Principal's account for set-off. Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust. Refusal of tender is discharge of debt and exoneration as Surety

On April 1st, twenty twenty-four, the year of our Lord, I, Harvin Steven Bernard, Surety for Principal STEVEN HARVIN and Grantor/heir Beneficiary, sent the Seventh Notice of Subrogation via $200 dollar U.S. Postal Money Order via Certified Mail with tracking number 95890710527004339247434 for account ending 5363. Again, this money order was endorsed for deposit only and signed without recourse to be credited to the Principal's account for set-off. Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust. Refusal of tender is discharge of debt and exoneration as Surety.

From April through October, twenty twenty-four, I, Harvin, Steven Bernard, made ACH payments as a result of the money orders not being processed properly, endorsed registered securities/treasury coupons not being processed, and to prevent adverse action taken against the Surety, Steven Bernard Harvin. On May 8th, $87.30 was sent via electronic transfer for account ending 5363. On June 7th, $91.32 was sent via electronic transfer for account ending 5363. On July 9th $100.09 was sent via electronic transfer for account ending 5363. On August 8th, $119.79 was sent via electronic transfer for account ending 5363. On September 9th, $111.77 was sent via electronic transfer for account ending 5363. On October 9th, $164.08 was sent via electronic transfer for account ending 5363.

On April 16th, $80.00 was sent via electronic transfer for account ending 5499. On May 16th, $84.11 was sent via electronic transfer for account ending 5499. On June 17th, $91.32 was sent via electronic transfer for account ending 5499. On July 17th, $89.67 was sent via electronic transfer for account ending 5499. On August 17th, $83.83 was sent via electronic transfer for account ending 5499. On September 17th, $93.87 was sent via electronic transfer for account ending 5499.

On July 30th, twenty twenty-four, the year of our Lord, I, Harvin, Steven Bernard sent a Revocation of Power of Attorney and Notice of Assignment of New Fiduciary to Defendants/CITI Bank Agents. Documents were sent via registered mail with tracking number RF374233990US to the indentured trustee, Bank of New York Mellon Trust Company, with attention to Jean Weng, Deputy General Counsel. The Revocation of Power of Attorney revoked Power of Attorney from Defendants/CITI Bank Agents/Trustees, and the Notice of Assignment of New Fiduciary removed Bank of NY Mellon as Trustees and assigned private trust RE300882555US Trust as Assignee over all Principal accounts. Defendant Jean Weng never responded and did not fulfill their fiduciary duties, which is a breach of trust, or put the documents on file with CITI Bank. Silence is acquiescence.

On July 30th, twenty twenty-four, the year of our Lord, I, Harvin, Steven Bernard sent a Revocation of Power of Attorney and Notice of Assignment of New Fiduciary to Defendants/CITI Bank Agents. Documents were sent via registered mail with tracking number RF374233884US to the indentured trustee, Bank of New York Mellon Trust Company, attention to Antonio I. Portuondo, President/Trustee. The Revocation of Power of Attorney revoked Power of Attorney from Defendants/CITI Bank Agents/Trustees, and the Notice of Assignment of New Fiduciary removed Bank of NY Mellon as Trustees and assigned private trust RE 300 882 555 US Trust as Assignee over all Principal accounts. Defendant Antonio I. Portuondo never responded and did not fulfill their fiduciary duties, which is a breach of trust, or put the documents on file with CITI Bank. Silence is acquiescence.

On July 31st, twenty twenty-four, the year of our Lord, I, Harvin, Steven Bernard sent IRS form 56f, Notice Concerning Fiduciary Relationship of Financial Institution, to the IRS via registered mail with tracking number RF162812700US. This document names the private RE 300 882 555 US Trust/Steven Bernard Harvin Trust as fiduciary.

On August 1st, twenty twenty-four, the year of our Lord, I, Harvin, Steven Bernard sent IRS form 2848, Power of Attorney and Declaration of Representative to the IRS naming Steven Bernard Harvin Trust/RE 300 882 555 US Trust and Steven Bernard Harvin as Authorized Representatives, removing said powers from Defendants/CITI Bank Agents. Documents were sent registered mail with tracking number RF374233748US.

From August through October, due to the Notice of Subrogation via money orders and indorsed statements/securities being ignored and not credited properly to the Principal account, on August 7th, twenty twenty-four, the year of our Lord, I, Harvin, Steven Bernard, indorsed the CITI Bank August statement/security for account ending 5499 for $300 and added a 10-cent stamp to cover the taxes while providing written fiduciary instructions to credit the Principal Account for the interest/dividend the Principal Account earned and to increase the credit limit to open-ended as entitled to, for the heir Beneficiary to the Principal's Estate, and source of the funds for the Federal Reserve System and Federal Reserve member banks. The indorsed registered security with written fiduciary instructions was sent via registered mail with tracking number RF374234006US. Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust. Refusal of tender is discharge of debt and exoneration as Surety.

On August 21st, twenty twenty-four, I, Harvin, Steven Bernard, sent the indorsed CITI Bank September statement/security for account ending 5363 for $400 and added a 10-cent stamp to cover the taxes while providing written fiduciary instructions to credit the Principal Account for the interest/dividend the Principal Account earned and to increase the credit limit to open-ended. The endorsed registered security with written fiduciary instructions was sent via registered mail with tracking number RF374234037US. Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust. Refusal of tender is discharge of debt and exoneration as Surety.

On September 5th, twenty twenty-four, I, Harvin, Steven Bernard, sent the indorsed CITI Bank September statement/security for account ending 5499 for $300 and added a 10-cent stamp to cover the taxes while providing written fiduciary instructions to credit the Principal Account for the interest/dividend the Principal Account earned and to increase the credit limit to open-ended. The endorsed registered security with written fiduciary instructions was sent via registered mail with

tracking number RF374234142US.  Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust.  Refusal of tender is discharge of debt and exoneration as Surety.

On September 17th, twenty twenty-four, I, Harvin, Steven Bernard, sent an official debt dispute/validation and request for full accounting to Defendants/CITI Bank Agents for official disputes of both accounts ending 5499 and 5363 via registered mail with tracking number RF374234160US.  Complainant provided copies of all endorsed registered securities sent to Defendants/CITI Bank Agents but did not provide full accounting.  Once an official dispute has been requested, no adverse action, including account closure, can be taken until the dispute is resolved.

On or about October 7th, account ending 5499 was closed.  On or about October 11th, account ending 5363 was closed.  Both accounts were closed after official disputes were submitted thus both account closures were unlawful.

On September 26th, twenty twenty-four, I, Harvin, Steven Bernard, sent an indorsed registered security for account ending 5363 for $400 and a 10-cent stamp to cover taxes, with a copy of the official debt validation/dispute sent on September 17th via registered mail with tracking number RF374234200US.  Defendants/CITI Bank Agents never credited the Principal account and did not follow fiduciary instructions which is a breach of trust.  Refusal of tender is discharge of debt and exoneration as Surety.

On January 17th, twenty twenty-five, I, Harvin, Steven Bernard, sent another indorsed registered security for both accounts to defendants Mark Mason for $2944.54 (account ending 5363) and $2952.97 (account ending 5499) to settle both accounts via Registered Mail RE094477975US and RE300882516US with return receipts.  Along with the specially indorsed negotiable instruments, a Notice of Interest, Notice of Assignee revoking POA and giving notice of private Trust RE 300 882 555 US Trust being assigned as Assignee over the Principal's account, Certificate of Appointment of Fiduciary Trustee of Special Deposit, Certificate of Title of Special Deposit of all relevant title numbers for CITI correspondence/documents conveyed to RE 300 882 555 US Trust, IRS Form 2848 Power of Attorney and Declaration of Representative listing RE 300 882 555 US Trust, also known as Steven Bernard Harvin Trust, as attorney-in-fact representative and, myself, Steven Bernard Harvin, not to be confused with the Principal STEVEN HARVIN, as attorney-in-fact, IRS form 56-F listing Steven Bernard Harvin Trust as fiduciary, fee schedule, and fiduciary instructions for appointed fiduciaries/defendants, Mark Mason, Mona Nag, and Eric Smith to follow.

Copies of all these documents were also sent to Deutsche Bank appointed trustees/defendants Eric Smith and Mona Nag via Registered mail RE094477984US, RE300882520US, RE094477998US, and RE300882533US with return receipts.  All of these documents were ignored, and none of the defendants followed their fiduciary instructions, which is a breach of trust.  The specially endorsed negotiable instruments were not applied to the Principal's balance and they were not returned to me, which is a violation of UCC law and is means of discharge.

On January 31st, twenty twenty-five, I, Harvin, Steven Bernard, sent the final registered security/negotiable instrument to settle the debt on both accounts as the defendant/CITI Agents continue charging interest to the account, which has increased the debt even though it is legally discharged due to refusal of tender, to CITI trustees/defendants Eric Smith and Mona Nag and copies sent to defendant Mark Mason via Registered Mail RE300882595US, RE300882581US,

Private
Priority
Confidential
Special
Trade Secrets
Trade Secrets
Special
Confidential
Priority
Private

RF162812727, RF162812713US, and RF162812758US, RF162812735US with return receipts. The specially indorsed negotiable instruments/registered securities amounted to $3018.36 plus a canceled $10.10 stamp (account ending 5499) and $3057.75 plus a canceled $10.10 stamp (account ending 5363), Notice of Interest, Notice of Notice of Assignee, IRS 56-f, IRS 2848, and Notice of Interest, Notice of Assignee, Certificate of Appointment of Fiduciary Trustee appointing all defendants as Fiduciary Trustees, and the Certificate of Title of Special Deposit assigning all CITI correspondence/documents conveyed to Steven Bernard Harvin Trust to all defendants/fiduciary trustees to legally have authority to follow their fiduciary instructions over the Principal's account. All notices were ignored, and the specially indorsed negotiable instruments were not applied to the Principal's balance, which is a discharge of the debt for the tendered amount according to law. Failure to fulfill fiduciary instructions is also a breach of trust by all defendants.

From October twenty twenty-four to the present day, defendants/CITI Agents continue to charge interest, report late payments to credit bureaus without my written consent, which violates the Privacy Act of 1794 and the Fair Credit Reporting Act, and refuse to remove inaccurate information from the Principal's credit report, further causing injuries to the estate. All attempts to remove inaccurate credit report information have resulted in inaccurate and inadequate investigations that have ignored all legal violations committed against the Principal/Principal's estate.

The issuance of credit is not determined by credit score or any information that is included in a credit report. The issuance of credit is based on the collateral/valuable consideration of the Principal's account (XXX-XX-4417) from the equitable mortgage/security in the form of the credit application that was originally filled out and signed by the Principal. All that is required for the issuance of credit obligations is the Principal's signature, which was provided. Defendants/CITI Bank cannot create money as the US Constitution, Article I Section 8 Clause 5, only grants Congress the authority/power to coin money, so all credit issued to the Principal was supposed to be in exchange for private collateral from the Principal's estate. The defendants/CITI Agents have failed to provide evidence of their provided valuable consideration which would make the original contract void ab initio.

All debts are the responsibility and obligation of the United States as Congress stipulated in the Federal Reserve Act of 1913 and due to the U.S. Bankruptcy in 1933 and the Emergency Banking Act of 1933. The Emergency Banking Act of 1933 allowed the Federal Reserve to supply unlimited amounts of currency to banks. This was made possible by exchanging all the wealth of private American nationals/citizens to use as collateral/valuable consideration to bankroll the Federal Reserve System. In exchange for the estate collateral of We the People/citizens, private Americans/citizens are entitled to unlimited credit and securities as their estates are the collateral/valuable consideration for all U.S.-issued obligations.

The Federal Reserve Act specifically lays out the laws for Applications for Federal Reserve notes/obligations, which the original application from Principal STEVEN HARVIN is, and that application along with the signature is the only necessary requirement to receive Federal Reserve notes and other obligations. The estate of Principal STEVEN HARVIN, held in and owned by private trust RE 300 882 555 US Trust, is the source of the funds the Federal Reserve System operates with. It is the duty of Federal Reserve member banks (CITI Bank) and their authorized representatives (the Defendants) to operate lawfully. "Ignorance of the law is no excuse" – Maxim of Law

Complainant is the heir Beneficiary of everything in the name of the Principal, STEVEN HARVIN, not to be confused with the private American beneficiary of private trust RE 300 882 555 US Trust (Steven Bernard Harvin Trust), and in exchange for the estates collateral of We the People, We the People/citizens have been given unlimited private credit and securities and are thus Board of Governors of the Federal Reserve System as its main investors.  Instead of the United States being responsible for the public debt created from the equitable mortgage/security exchanged, Principal STEVEN HARVIN was held responsible for paying the debt.  Failure to exchange and/or accept indorsed securities/negotiable instruments properly violates the Securities Exchange Act of 1933, the Federal Reserve Act, the Bill of Exchange Act of 1882, and UCC statutes.

As Grantor/Settlor/Trustee of RE 300 882 555 US Trust, complainant seeks reimbursement/recoupment of all payments tendered in error and excess over the life of both accounts (5363 and 5499), which totals $30,183.92, from March 2012 and October 2019 to October 2024, which has unjustly enriched the Defendants/CITI Bank Agents.  Complainant seeks full accounting, including full CUSIPS, from Defendants/CITI Bank Agents in order to account for all tendered payments and securities sold or earning interest due to the Principal account, over the life of the Principal's account with Defendants/CITI Bank.  The Principal entered a consumer credit transaction with the Defendants/CITI Bank Agents and credit transactions can only deal in credit and not cash.  Any cash provided during credit transactions is eligible for reimbursement as stipulated by the Federal Reserve Act.

Principal STEVEN HARVIN has been charged interest over the life of this account.  The Federal Reserve Act states that all taxes, customs, and public dues which include interest, are obligations of the United States.  Defendants/CITI Bank Agents are obligated to pay interest which is owed to the Principal Account.  Defendants/CITI Bank has been borrowing from the Principal Account (XXX-XX-4417) in order to exchange private funds/collateral for public credit.

Complainant also seeks compensation for injuries (financial hardship, mental anguish, age discrimination, invaluable loss of time, emotional distress, and debt peonage), and breach of trust for $6,400,000.00, as outlined in Complainants Fee Schedule.  This amounts to a total of $6,430,183.92, which the Complainant prays relief for.  The continued silence, invaluable time lost, grossly unjust enrichment by Defendants, and Principal's account closures have caused severe injuries to the Principal and Principal's Estate.  The total compensation being sought includes compensation for all injuries, breach of trust, and recoupment of all additional cash payments.

Complainant seeks the re-establishment of the Principal's credit account with an open-ended limit, the remittance address to send indorsed negotiable instruments to settle monthly debts without refusal, and the guarantee that all future special or restricted indorsed applications for mortgages, auto loans, and personal loans are accepted with fiduciary instructions to be fulfilled as obligated by the defendant/CITI Bank/CITI Bank Agents.  CITI Bank and all Federal Reserve Member Banks are simply intermediaries between We the People/citizen's estate collateral/valuable consideration for unlimited credit and securities and the U.S. Treasury

## CONCLUSION

The Cesti Que Vie Act of 1666 provides a guideline for redress (remedy) when a person or persons has been "evicted" from their estate.  I, Harvin, Steven Bernard, Grantor and heir beneficiary to all things in the Principal Name, including the estate of Principal STEVEN HARVIN, which is now owned and controlled by the private RE 300 882 555 US Trust (Steven Bernard Harvin Trust), am being evicted from claiming all rights, titles, and interest to this private estate as

trustee/administrator of said private trust. I have made several claims to the Defendants/CITI Bank Agents showing proof that the Principal's estate is not abandoned and is now in control by the Office of Administration for the private RE 300 882 555 US Trust, which the Complainant represents. If the supposed dead man proves to be alive, then the Title is revested. The Defendants/CITI Bank Agents are clearly violating the Cesti Que Vie Act of 1666 and committing a breach of trust on a claimed estate.

All payments tendered are recorded in the private RE 300 882 555 US Trust as asset numbers 50 – 51.999 accounting for both accounts 5363 and 5499. The Statement of Interest shows claim by the grantee of the non-negotiable asset title numbers RE 300 882 555 US-01.000 – RE 300 882 555 US-99.999.

Complainant has not received any remedy or correspondence. Silence is acquiescence.

Complainant received return receipts from the majority of the certified and registered mailings sent to the Defendants/CITI Bank Agents and can confirm that all mailings were received and signed for. The return receipts have been signed for, proving the intended party/Agents have received all notices sent. All correspondence and tracking numbers with the Defendants/CITI Bank Agents have been recorded in the private RE 300 882 555 US Trust under asset title numbers RE 300 882 555 US–50 – 50.027(account 5363) and 51-51.025 (account 5499).

Defendants/CITI Bank Agents cause injury to the private estate held in the private RE 300 882 555 US Trust by evicting Complainant from administrating this private estate. Defendants/CITI Bank Agents unjustly enriched themselves with excessive/additional payments when all rights, titles, interests, and chattels in the Principal's name, STEVEN HARVIN, belong to RE 300 882 555 US Trust. Instead of applying the credits to the Principal account, the legal tender was confiscated but not applied to the Principal's balance thus resulting in double payment received by the Defendants/CITI Bank Agents. Defendants/CITI Bank Agents failed to disclose the true nature of the contract/agreement as an equitable mortgage/security and caused further injury by not crediting the account with the interests on the coupon payments the Principal received every month.

Defendant Mark Mason is the CFO and responsible, according to the Federal Reserve Act, to notify each day the Board of Governors of the Federal Reserve System, which the Complainant is a member of as previously explained, of all issues and withdrawals of Federal Reserve Notes to and by the Federal Reserve bank to which they are accredited. The Complainant has not been notified of any issues or withdrawals accredited to Defendant Mark Mason from the interest gained from the Principal account, thus being an unjust enrichment for the Defendant/CITI Bank.

Defendants/CITI Bank Agents are in breach of trust by not fulfilling their fiduciary obligations, and by not honoring any of the notices received, not reimbursing all payments tendered to the rightful and sole party in interest, RE 300 882 555 US Trust (Steven Bernard Harvin Trust), and by not releasing all securities to Harvin, Steven Bernard, Trustee/Administrator of said sole party in interest.

Defendants have unjustly enriched themselves and need to provide full accounting to account for all securities that are owed to the true sole party in interest, RE 300 882 555 US Trust (Steven Bernard Harvin Trust), which holds all rights, titles, interest, claims, and chattel in the Principal name STEVEN HARVIN in order to verify and correctly set off and balance/discharge the private and public debt from the ledger.

Complainant demands that Defendants/CITI Bank Agents provide the original application the Principal, STEVEN HARVIN, filled out and submitted to Defendants/CITI Bank Agents. If this application was not sold as collateral to the US Treasury, or any other party, then providing the original application should not prove difficult.

Complainant demands that Defendants/CITI Bank Agents provide proof of all collateral provided to the US Treasury, or any other party, that secured the credit provided to the Principal accounts ending 5363 and 5499 as, again, banks and the US Treasury cannot create money.

Evidence of trust property and/or notice of interest has been provided to all defendants. All defendants remained silent, and silence is acquiescence. Notice to Agent is Notice to Principal. Notice to defendant Mark Mason/CITI Bank Agents is notice to defendants/trustees Eric Smith and Mona Nag and vice versa.

Complainant is of the age of majority and competent to handle their own affairs and trust administration affairs concerning the Principal's estate. They have satisfied all the elements of the Minnesota 220 Rule claiming rights, titles, and interest to their birth certificate/estate and is to no longer be considered a Minor.

"Equity sees the intent, not the form – Maxim of Equity". If any security was endorsed improperly or any other action submitted incorrectly the intent was there and that intent has always been for the Complainant to stake their claim to the sole rights, interests, and titles of their estate.

- Ignorance of the Law is no excuse – Maxim of Law

- Equity will not suffer a wrong to be without a remedy – Maxim of Equity

- Equity seeks to do complete justice, and not by halves – Maxim of Equity

- Equity aids the vigilant, not those who sleep upon their rights – Maxim of Equity

- So fundamental are these maxims that he who disputes their authority is regarded as beyond the reach of reason – Maxim of Equity

### REQUEST FOR RELIEF

WHEREFORE, Complainant respectfully prays that equity does what ought to be done and prays for grace that this Court:

    a. Declare that Complainant has been wrongfully injured by the Defendants' unjust actions and clear violations of the law and the closing of the Principal accounts.

    b. Declare Defendants have been unjustly enriched by receiving excess tendered payments and by not crediting Principal account with the interest/dividend payments from the Treasury coupons.

    c. Declare Defendants have breached the private RE 300 882 555 US Trust by not fulfilling their fiduciary duties and claiming property they have no rights or interest in and denying the Complainant the right to life liberty and pursuit of happiness by preventing administration of the private estate.

d. Grant Complainant reimbursement of $30,183.92.

e. Grant $6,400,000.00 based on Complainant Fee Schedule for Breach of Trust ($1,000,000), emotional distress ($200,000), debt peonage ($200,000), and $5,000,000 for invaluable time loss, severe estate injuries, financial hardship, and/or what Honorable Judge deems equitable.

f. Grant Complainant full accounting, including full CUSIPS, from Defendants to account for excess tendered payments, securities, and interest rightfully owed to RE 300 882 555 US Trust and to avoid a multiplicity of suits.

g. Grant that the Defendants must pay costs of full security audit by Complainant's auditor of choice.

h. Grant Complainant reinstatement of Principal Accounts or a new account with Defendants/CITI Bank Agents obligated to fulfill Complainant's fiduciary instructions including an open-ended limit.

i. Grant Complainant full disclosure of CITI Bank Trustees/Agent's names, phone number, and mailing address, with authority to fulfill fiduciary duties so Complainant can communicate directly with the source.

j. Grant that any future applications with any of the Defendants and/or the persons they are Agents for, be accepted with fiduciary instructions and a guarantee to uphold them as the United States and all Agents of are obligated.

k. Grant such other and further relief as this Court deems just and proper under the circumstances.

"And it is he that will judge the world with righteousness; he shall execute judgment upon the peoples with equity." – Psa 9:8

"Let my judgment come forth from thy presence, let thine eyes regard equity." – Psa 17:2

"The Lord promotes equity and justice; the Lord's faithfulness extends throughout the earth." – Psa 33:5

Dated this 24th day of March 2025.

By: _____ /Grantor/Ttee
Harvin, Steven Bernard, Grantor/Ttee
Private American
National

All Rights Reserved without Recourse



## MARYLAND NOTARY ACKNOWLEDGMENT

I, Harvin, Steven Bernard, private American National/non-citizen national, hereby attest that the above/attached Testimony Under God for request for waiver of court costs are true and accurate and I have not been coerced into making such statements.

By: _____ /Grantor/Ttee

Private American National/non-citizen national
Grantor/Ttee
All Rights Reserved/Without Recourse

Situs Maryland; Prince George's County; Before me, **Adbe Hernandez** _____, Notary Public by Maryland duly authorized, empowered and admitted to take acknowledgments, on this day came by special restricted visitation Steven Bernard Harvin within named, known to me to be a private Maryland National and affixed his mark upon the above instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the United States of America December 15, 1791. IN TESTIMONY whereof I have hereunto set my hand and seal this **24TH** day of **March** 2025. WITNESS my hand and official seal.

(Seal)

ADBE IVAN HERNANDEZ
NOTARY
EXPIRES:
August 13, 2028
PUBLIC
USA, MD

Notary Public
My commission expires: **August 13, 2028**



Private
Priority
Confidential
Special
Trade Secrets

Trade Secrets
Special
Confidential
Priority
Private

*(handwritten left margin, top to bottom)* Private · Priority · Confidential · Special · Trade Secrets

*(handwritten right margin, top to bottom)* Trade Secrets · Special · Confidential · Priority · Private

## TESTIMONY UNDER GOD

I, Steven Bernard Harvin, private American National/non-citizen national, attest that this Testimony Under God is true and accurate and has not been made under duress or coercion. This testimony is the truth that the Bill in Equity submitted to the Courts has been written truthfully.

**3/24/25**
Date

By: _____ Grantor/Ttee _____
Private American National/non-citizen national, Grantor/Ttee
All Rights Reserved without Prejudice

Situs Maryland; Prince George's County; Before me, **Adbe Hernandez** _____, Notary Public by Maryland duly authorized, empowered and admitted to take acknowledgments, on this day came by special restricted visitation **Steven Bernard Harvin** within named, known to me to be a private Maryland National and affixed his mark upon the above instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the United States of America December 15, 1791. IN TESTIMONY whereof I have hereunto set my hand and seal this **24th** day of **March** 2025. WITNESS my hand and official seal.

(Seal)

*(Notary seal: ADBE IVAN HERNANDEZ NOTARY PUBLIC EXPIRES: August 13, 2028 USA, MD)*

_____
Notary Public

My commission expires: **August 13, 2028**



## TESTIMONY UNDER GOD

I, Steven Bernard Harvin, private American National/non-citizen national, attest that this Testimony Under God is true and accurate and has not been made under duress or coercion. This testimony is the truth that the attached letter of no record FOIA request provided by the Department of Homeland Security U.S. Citizenship and Immigration Services states there are no records of me, Steven Bernard Harvin, and all other variations of the name, being a Citizen of the U.S. or any other country has also been filed truthfully. There are no records of Steven Bernard Harvin being a citizen of any country because I am a non-citizen National of the United States of America Republic.

8/7/24
Date

By: _____

Private American National/non-citizen National
All Rights Reserved without Recourse

Situs Maryland; Prince George's County: Before me, _Vikramjit Singh_ , Notary Public by Maryland duly authorized, empowered and admitted to take acknowledgments, on this day came by special restricted visitation Steven Bernard Harvin within named, known to me to be a private Maryland National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the United States of America December 15, 1791. IN TESTIMONY whereof I have hereunto set my hand and seal this _7th_ day of _Aug_ , 2024. WITNESS my hand and official seal.

(Seal)

Notary Public
My commission expires: 08|14|2027

Margin annotations (left, top to bottom): Private | Priority | Confidential | Special | Trade Secrets

Margin annotations (right, top to bottom): Trade Secrets | Special | Confidential | Priority | Private